*Court Tr. #1 at p. 5. [Sgd]*

```
UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ORRIN LYNN TOLLIVER,                :
                                    :
                    Plaintiff,      :
                                    :       No. 05 Civ. 10840 (JFK)
         -against-                  :
                                    :
JAMES LOUIS McCANTS,                :
                                    :
                    Defendant.      :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-21-11

## VERDICT SHEET

Please answer the following questions according to a preponderance of the evidence:

1. What is the amount of Defendant's profits to which Mr. Tolliver is entitled as a result of the infringement of his copyright to the musical composition "I Need a Freak"? This amount cannot exceed $816,877.28.

    $ __816,877.28__

2a. Do you find that Mr. Tolliver is entitled to actual damages above and beyond the amount of profits you awarded in Question 1?

    YES __✓__        NO _____

2b. If you answered Yes to Question 2a, what is the amount of actual damages to which Mr. Tolliver is entitled as a result of the infringement of his copyright to the musical composition "I Need a Freak"?

    If you answered No to Question 2a, please enter zero on the line below.

    $ __368,704.31__

1

3.  Please add the amounts from Question 1 and Question 2b. This is the total damages award.

$ 1,185,581.59

Dated: New York, New York

June 21, 2011

*Marcus Johnson*
Jury Foreperson

2